No. 3936.—Pueblo, apldo., *v.* Maceira, aplte.—C. D. San Juan. Dic. 9, 1929.

Sin lugar la moción del apelante solicitando permiso para radicar la transcripción de la evidencia, por ser frívolas las razones que le sirven de base; y con lugar la del fiscal pidiendo la desestimación del recurso.

No. 5122.—Irizarry, aplte., *v.* Porto Rico Telephone Co., aplda.—C. D. San Juan. Dic. 10, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Se desestima este recurso por no haberse establecido en tiempo la apelación.

No. 5149.—Dr. Lange, apldo., *v.* Lange et als., apltes.— C. D. Mayagüez. Dic. 10, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Habiendo sido interpuesta esta apelación el 11 de octubre de 1929 y solicitado el apelante el 8 de noviembre siguiente que el taquígrafo hiciera la transcripción de la evidencia para la apelación, o sea después de los diez días que a tal fin concede la ley, y no habiendo sido presentados en este tribunal los autos de la apelación dentro de los treinta días siguientes a la apelación, debemos desestimarla y la desestimamos, como solicita el apelado sin oposición del apelante.

No. 3932.—Pueblo, apldo., *v.* González, aplte.—C. D. Humacao. Dic. 10, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No habiendo el apelante proseguido su recurso en este caso en debida forma y no habiendo convencido a esta corte con sus escritos radicados que debe continuarse la causa, se declara con lugar la moción del fiscal y en su consecuencia se desestima la apelación establecida en este caso.